UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENFRED ENTERPRISES, LLC., a
Florida limited liability company

            Plaintiff,

vs.

TEXRON AVIATION, INC. a foreign
corporation

            Defendant.

Case No:
Jury Trial Demanded

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, KENFRED ENTERPRISES, LLC. (hereinafter, "Plaintiff" or "KenFred") state its

complaint against Defendant TEXRON AVIATION, INC. (hereinafter, "Defendant" or "Texron"),

as follows:

## PARTIES

1. At all times material hereto, Defendant is a foreign corporation located at One Cessna Blvd.

    Wichita, KS 67215. On information and belief, Defendant maintains and agent for service

    of process in Florida – Andy Alberti 4134 Bear Road Orlando, Florida 32827.

2. Plaintiff is a Florida limited liability company, and is otherwise *sui juris.*

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court because this is an action for damages that is greater than

    $75,000.00, and the parties are diverse in locality.

4. Venue is also properly laid because Defendant is a foreign corporation with substantial

    minimum contacts in the Middle District of Florida, Orlando division.  All parties, as well

as the acts and omission complained of herein occurred and will continue to occur the

Middle District of Florida, Orlando division.

## FACTS AND ALLEGATIONS

5. KenFred is the owner of a 2006 Cessna 525A, which is a fixed wing, two engine, eight seat

aircraft with serial number 525A-0314 and US registered with FAA asa tail number of

N747JJ (hereinafter, "525A").

6. KenFred entered into a Purchase and Sale Agreement ("Agreement") to sell the 525A for

$2,950,000 (Two million nine million nine hundred fifty thousand dollars in United States

Currency) on or about January of 2020.

7. Under the terms of the contract, the seller agreed to have a Doc 10 inspection[1] completed by

Defendant at its Cessna factor service center in Wichita, Kansas[2].

8. Robert Johnson, the customer service representative ("CSR") for Textron Aviation informed

Plaintiff of the results of the Doc 10 inspection. The results were that there were multiple

squawks[3]. **See Exhibit "A" – N747JJ Discrepancy List.**

9. Some of these squawks were mandatory repairs, and some are not. The squawks that are

mandatory effect the airworthiness of the aircraft. On this particular inspection, the main

significant item that was deemed mandatory (rendering the aircraft "unairworthy") was a

finding that the 5275A serial number 525A-0314 had multiple cracks at the co-pilot

---

[1]Usually, inspection tasks are broken down into cycles, or hourly and/or calendar time intervals. For example, an Inspection Document 10 on a Cessna Citation 525 is performed every 36 calendar months or 1,200 hours, whichever occurs first. Inspection Document 10 ("Doc. 10") may also be conducted during a purchase and sale. "Doc 10," this inspection includes a list of almost 50 tasks, from inspecting the landing gear wheel wells to inspecting the fuel storage system and other normal aircraft structures and systems. Upon completion of the inspection tasks, any unairworthy "squawks" must be fixed before releasing the aircraft for return to service in an airworthy manner. These sorts of inspections will vary greatly in cost and man-hours depending on the condition of the aircraft, where the inspections are completed, and where parts are sourced from. The Doc 10 usually takes between two (2) and three (3) weeks to complete.

[2] Defendant's parent company that is a large conglomerate that has multiple holding companies and subsidiaries, including Cessna Aircraft and Hawker Beechcraft product lines.

[3] ""Squawk" is aviation jargon for an "item which requires repair or replacement" "Squawk" can also refer to airline transponder codes used for tracking airlines. This complaint will use the term "squawk" to mean "error."

windshield fastener holes located at 1, 3 ,4, 49, 51, 52, 59, 61, 62, 63. **See Exhibit "B" - Textron Engineering Windshield[4] Report.**

10. To fix this squawk and return the aircraft to airworthy status (i.e. "flight"), and others, Plaintiff had to pay a bill of no less than $77,195.62. An aircraft windshield is a very costly and labor-intensive part to replace.[5]

11. With that being said, plaintiff's manager, Dr. Ken Wolf, is an experienced aircraft owner and owns multiple aircraft. Following the report by the CSR, Dr. Wolf disputed that the squawk regarding the windshield was legitimate and demanded documentation to show the purported structural cracks in the windshield, to which Textron provided a technical drawing (purported to be provided by the CSR) showing such structural cracks at the fastener holes. Further, plaintiff attempted to verify the costs and pricing of such repair and used his expert at BAG Aviation (Mr. Brad Guyton, a registered Airframe and Powerplant technician with Inspection Authority to contest the squawk, with no success. Due to the abnormal expense proposed by the defendant (and the CSR). Plaintiff elected to have the aircraft repositioned to Sarasota, Florida, where Plaintiff would proceed to have the replacement of the windshield completed for a fraction of the price from defendant, as well as get a second opinion from a different repair facility and to proceed with the replacement of the windshield. As a result of the issue brought about by defendant, the length of time to obtain supporting documentation and to find a successful resolution to the repair, the Buyer cancelled the Purchase of the aircraft, creating significant financial damage to the Plaintiff.

---

[4] It should be noted that windshield and windscreen are used interchangeably for the purposes of syntax.

[5] Textron's initial demand for fixing the window was $37,000. Protracted discussion occurred with Dr. Wolf's aviation consultant Mr. Brad Guyton at which time outside bids for half the price or less were presented to Textron. Textron lowered their price somewhat but still refused to be competitive in spite of Dr. Wolf's professional consultant interceding and trying to show Textron the egregious nature of their demand. More delay until a phone conference revealed that Textron simply was not going to budge on this issue. Further delays occurred while Mr. Guyton worked to convince Textron to sign the Doc 10 inspection and worked with the FAA to obtain a ferry permit to return the aircraft to Sarasota where the window was replaced (unnecessarily) for roughly $16000.

12. Making matter's worse, because Defendant found that the subject aircraft was not airworthy, not only did Defendant essentially "ground" the aircraft (meaning refuse to release) and this created was logged entry in the maintenance logbook indicating the damage to the windshield. As a result, Plaintiff could not simply fly the plane to a different maintenance facility Sarasota, it had to obtain a ferry permit through extraordinary measures from Federal Aviation Administration, which was delayed additionally due to Covid-19 and limited staffing at the Defendants facility, causing continued financial damage to the Plaintiff. That ferry permit limited Plaintiff to only fly at 12,000 ft. in Visual Flight Conditions, and other limiting flight factors. Moreover, the flight needed to be conducted unpressurized in day VMC ("visual meteorological conditions"), and not IMC ("instrument meteorological conditions"). This meant that the conditions have to be clear and sunny, with minimal, if any, cloud cover.

13. These conditions make it difficult to fly, as the conditions have to be perfect. Moreover, because of the low altitude, it caused the Plaintiff to incur substantially higher fuel costs, essentially twice the amount of required fuel for a trip of this type. To add insult to injury, Plaintiff had to pay roughly $57,000 for Defendant to release the aircraft, and to assist with the issue of the ferry permit. Ferry permits are not issued the same day, and Plaintiff had to wait for two months. As those two months went by, Plaintiff incurred other fees, costs, and expenses for this aircraft that would otherwise have been the new buyer's obligation rather than Plaintiff's. Further, Plaintiff was unable to re-market the aircraft for sale, causing additional financial loss.

14. A phone call with Defendant's structural engineers revealed that the document it produced to assist with procuring the ferry permit, and imposing the various limitations, it did not include any pictures or any non-destructive test results. It took the words of its CSR engineers without having a complete file or verifying whether, indeed, the aircraft was airworthy or

not. Defendant just assumed it was not airworthy based on nothing more than a cursory inspection, despite its document provided to the Plaintiff stating otherwise.

15. On arrival to the maintenance facility in Florida, WestCoast Aviation Services, a licensed aviation maintenance facility with expertise in aircraft of this type, the team of licensed Airframe and Powerplant technicians (A&P's) removed the windscreen, it quickly became apparent that the purported damage, so extensively documented by Defendant, was not found on the windscreen. A window prism inspection was completed overlaying the purported damage areas from the Structures Team and the CSR at Defendant. Based on the window prism inspection, no structural cracks at the fastener holes or other damage (which would have required replacement) was noted beyond the tolerance that made the aircraft unairworthy as Defendant claimed both verbally, in writing, and through professional reports. The Plaintiff then instructed an expert outside evaluation to be done, and to conduct a NDT ("Non-Destructive Testing), which was completed by an expert, licensed, part – 145 repair station specializing in NDT inspections[6]. The damage found by Defendant was wholly absent. The damage found by Defendant was absent. **See Exhibit "C" – Report from WestCoast Aviation Services.**

16. Ultimately, to the extent there were squawks, none of them were mandatory and required the aircraft to be deemed not airworthy. Moreover, and more importantly, Defendant's breach of contract caused Plaintiff to lose a sale of the aircraft, a significant reduction in value of the aircraft of roughly $300,000.00 in United States Currency, multiple inspections, fees and expenses, and related consulting fees of $11,000 and other minor and miscellaneous costs and expense which will be revealed in totality during discovery.  Finally, because of the

---

[6] Repair Station refers to a maintenance facility that has a certificate issued by the FAA under Title 14 of the Code of Federal Regulations (14 CFR) Part 145 and is engaged in the maintenance, inspection, and alteration of aircraft and aircraft products. FAA rules are specific on who can perform maintenance and approve an aircraft, airframe, engines, etc, for return to service after maintenance has been performed.

delays caused by the windshield issue, the buyers became anxious, inquiring when the deal would close, and as the delay extended into poorer economic times, the buyers elected to not move forward with the purchase. An uncomplicated Doc 10 would have been concluded in a week or two, allowing the deal to hold. As it stands today, well past three months has passed and the aircraft is still not flyable pending completion of an unnecessary windshield repair.

## [SPACE INTENTIONALLY LEFT BLANK FOR STYLISTIC PURPOSES]

## COUNT I – BREACH OF CONTRACT

17. Plaintiff re-alleges and incorporates each and every allegation contained in paragraphs 1 – 16 and further states:

18. Plaintiff and Defendant entered into a valid contract for a Doc. 10 Inspection of the 5275A aircraft namely serial number 525A-0314.

19. Defendant owed a duty under that contract to perform a inspection that was thorough, complete, and free of error.

20. Defendant breached its contractual duty by failing to properly inspect the windscreen, and upon a finding of minor damage that does not affect airworthiness, stated that the windscreen was compromised requiring replacement at significant financial expense.

21. Defendant labeling the windscreen compromised made the aircraft not airworthy.

22. Defendant's breach was careless and stemmed from performing its duties in an unworkmanlike manner.

23. As a direct and proximate cause of Defendant's breach of contract, Plaintiff suffered pecuniary losses.

24. Defendant owed duty of care to make sure all areas of common use were adequate and safe for their purpose.

WHEREFORE, Plaintiff demands compensatory damages, actual damages, attorney's fees,

6 | Complaint

interest and costs, and for such other relief as the Court deems just and proper.

## COUNT II – BREACH OF IMPLIED WARRANTY OF WORKMANLIKE PERFORMANCE

25. Plaintiff re-alleges and incorporates each and every allegation contained in paragraphs 1 – 16 and further states:

26. As a general rule, there is implied in every aviation contract for work or services a duty to perform with reasonable care, skill and diligence, and in a workmanlike manner.

27. Defendant failed to perform its work in a workmanlike manner, and in doing so, deemed a perfectly airworthy aircraft not airworthy.

28. The failure of Defendant to perform services with a reasonable level of safety and competency is the actual and proximate cause of Plaintiff's pecuniary losses.

WHEREFORE, Plaintiff demands compensatory damages, actual damages, attorney's fees, interest and costs, and for such other relief as the Court deems just and proper.

## COUNT III – UNJUST ENRICHMENT
### (alternative count)

29. Plaintiff re-alleges and incorporates each and every allegation contained in paragraphs 1 – 16 and further states:

30. The plaintiff has conferred a benefit on the Defendant in terms of performing services rended (a Doc. 10 inspection), as well as procuring a ferry permit that turned out to be completely unnecessary since the aircraft was airworthy.

31. The Defendant voluntarily accepted and retained the benefit conferred, including various overly inflated fees that Defendant received.

32. It would be unequitable for Defendant to retain any benefit from the contract, as Defendant's carelessness caused Plaintiff pecuniary loses.

33. From an equitable standpoint, Defendant should not be permitted unjustly to enrich itself at the expense of Plaintiff, who trusted in Defendant's professionalism and expertise. Defendant should be required to make restitution of benefits received, retained, or appropriated.

**WHEREFORE**, Plaintiff demands compensatory damages, actual damages, attorney's fees, interest and costs, and for such other relief as the Court deems just and proper.

Dated: Friday, May 29, 2020

Respectfully Submitted,

| | |
|---|---|
| Andre G. Raikhelson, Esq.<br>Florida Bar No.: 123657<br>Florida Injury Law Firm<br>8601 Commodity Circle<br>Orlando, Florida 32819<br>Tel. (407) 566-2210<br>Fax. (407)566-2211<br>Primary:  AndreR@Floridainjurylawfirm.com<br>Secondary:Service@FloridaInjuryLawFirm.com | Johnny A. Pineyro, Esq.<br>Florida Bar No.: 0127728<br>Florida Injury Law Firm<br>8601 Commodity Circle<br>Orlando, Florida 32819<br>Tel. (407) 566-2210<br>Fax. (407_566-2211<br>Primary: JohnnyP@FloridaInjuryLawFirm.com<br>Secondary:Service@FloridaInjuryLawFirm.com |
| /s/ Andre G. Raikhelson, Esq.<br>Florida Bar No.: 123657 | /s/ Johnny A. Pineyro<br>Florida Bar No.: 0127728 |

**Customer Approval Document**

 

| | |
|---|---|
| Document : 20142002 | Revision No : 127852 |
| Date : 03/10/2020 | Aircraft : 525A-0314(0314)N747JJ |
| Valid to : 04/09/2020 | Customer PO : |
| Customer : 200020678 | Terms : Pay in advance |
| CSR : Robert Johnson | Page : 1 of * |

**Sold To :** BAG AVIATION, INC
1033 ANTRIM LOOP
COLORADO SPRINGS CO  80910
Ph: +15014070217
BRAD@BAGAVIATION.COM

**Ship To :** Textron Aviation Inc.
dba Textron Aviation Service
2121 S. Hoover Rd.
Wichita KS  67209
Ph: +18008354050
Fx: 1-316-517-6099

*Work will not commence or parts ordered on unapproved work orders until customer approval received.*

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 1 | 19433683 | tail beacon light inoperable, found during arrival inspaection | _____ | _____ | _/_/_ | Yes | Yes | | $334.40 |
| | | | | LABOR | | | | $256.00 | | D | |
| | | | 34-0226010-91 | BULB 28V 150 WATT | | 1.0 | EA | $78.40 | | D | |
| ☐ | ☐ | 2 | 19433695 | fuel panel 632AB is leaking | _____ | _____ | _/_/_ | Yes | Yes | | $1,386.52 |
| | | | | LABOR | | | | $1,024.00 | | D | |
| | | | 9912406-45 | PANEL | | 1.0 | EA | $362.52 | | D | |
| ☐ | ☐ | 3 | 19433817 | Bar drain heater is burnt | _____ | _____ | _/_/_ | Yes | Yes | | $403.55 |
| | | | | INOP needs replaced. | | | | | | | |
| | | | | LABOR | | | | $256.00 | | D | |
| | | | 105881 | HEATER | | 1.0 | EA | $147.55 | | D | |
| ☐ | ☐ | 4 | 19433987 | Marker beacon antenna has cracks at attach holes. | _____ | _____ | _/_/_ | Yes | Yes | | $1,350.62 |
| | | | | LABOR | | | | $384.00 | | D | |
| | | | MB10-754 | ANTENNA MARKER BEACON | | 1.0 | EA | $461.30 | | D | |
| | | | MS27039C1-07 | SCREW, MACHINE, PAN HEAD | | 4.0 | EA | $3.20 | | D | |
| | | | MS27039C1-08 | SCREW, MACHINE, PAN HEAD | | 4.0 | EA | $3.32 | | D | |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



EXHIBIT

4

**Customer Approval Document**

Beechcraft | Cessna | Hawker
TEXTRON AVIATION

| | | |
|---|---|---|
| Document | : 20142002 | |
| Date | : 03/10/2020 | |
| Valid to | : 04/09/2020 | |
| Customer | : 200020678 | |
| CSR | : Robert Johnson | |

| | | |
|---|---|---|
| Revision No | : 127852 | |
| Aircraft | : 525A-0314(0314)N747JJ | |
| Customer PO | : | |
| Terms | : Pay in advance | |
| Page | : 2 of * | |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TXT898-057          ANTENNA GASKET | 1.0 | | EA | $498.80 | | D | |
| ☐ | ☐ | 5 | 19434384 | Right elevator end cap leading edge has a large paint chip | _____ | _____ | _/_/_ | Yes | Yes | | $128.00 |
| | | | | LABOR | | | | $128.00 | | D | |
| ☐ | ☐ | 6 | 19434386 | Bond strap attach point at I/B end of the left elevator has rust | _____ | _____ | _/_/_ | Yes | Yes | | $256.00 |
| | | | | LABOR | | | | $256.00 | | D | |
| ☐ | ☐ | 7 | 19434390 | Right engine anti ice line has 2 support clamps with frayed/missing cushioning material. Marked at engine 12 o'clock position. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $256.00 | | TAP | |
| | | | | TA0910126          CLAMP ASSY | 2.0 | | EA | $135.64 | | TAP | |
| ☐ | ☐ | 8 | 19434392 | Copilot's windshield needs to be replaced due to fastener hole stress cracks at locations. 1,3,5,49,50,51,52,59,61,62,63. Per the 525A maintenance manual windshield must be replaced if 3 fasteners in a row contain cracks. | _____ | _____ | _/_/_ | Yes | Yes | | $26,968.10 |
| | | | | LABOR | | | | $5,438.85 | | D | |
| | | | | 9912064-16          WINDSHIELD (R/H) | 1.0 | | EA | $7,504.25 | | D | |
| | | | | 4000297          Window Polishing | 1.0 | | EA | $14,025.00 | | D | |
| ☐ | ☐ | 9 | 19434394 | Right engine bypass air port at the 9 o'clock position has a blown out gasket. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $1,280.00 | | TAP | |
| | | | | 62085          gasket | 1.0 | | EA | $69.36 | | TAP | |
| ☐ | ☐ | 10 | 19434400 | Left engine bypass air port at the 3 o'c | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



EXHIBIT
A

**Customer Approval Document**

**Beechcraft | Cessna | Hawker**
TEXTRON AVIATION

| Document | : 20142002 | Revision No | : 127852 |
|---|---|---|---|
| Date | : 03/10/2020 | Aircraft | : 525A-0314(0314)N747JJ |
| Valid to | : 04/09/2020 | Customer PO | : |
| Customer | : 200020678 | Terms | : Pay in advance |
| CSR | : Robert Johnson | Page | : 3 of * |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A) Correction 3 o'clock | | | | | | | |
| | | | | LABOR | | | | $1,280.00 | | TAP | |
| | | | 62085 | gasket | | | 1.0 | EA | $69.36 | TAP | |
| ☐ | ☐ | 11 | 19434602 | Left engine anti ice line has 2 support clamps with frayed/missing cushioning material. Marked at engine 12 o'clock position. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $256.00 | | TAP | |
| | | | TA0910126 | CLAMP ASSY | | | 2.0 | EA | $135.64 | TAP | |
| ☐ | ☐ | 12 | 19434612 | Tailcone stinger interior area needs cleaned of debris at stringer to rib intersections for proper water drainage. | _____ | _____ | _/_/_ | Yes | Yes | | $256.00 |
| | | | | LABOR | | | | $256.00 | | D | |
| ☐ | ☐ | 13 | 19434618 | Right engine lower cowling fire seal is cut at fwd end. | _____ | _____ | _/_/_ | Yes | Yes | | $1,986.38 |
| | | | | LABOR | | | | $1,920.00 | | D | |
| | | | R990003 | RUBBER SILICONE SEAL S2941-1 | | | 1.0 | FT | $66.38 | D | |
| ☐ | ☐ | 14 | 19435857 | R/H engine has a bleed air leak at coupling. Flagged. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $512.00 | | TAP | |
| | | | 24346-100C | GASKET | | | 1.0 | EA | $68.83 | TAP | |
| ☐ | ☐ | 15 | 19436348 | ADF is inop, pointer flutters at some headings and is not valid at most headings, found while accomplishing compass swing for doc 10 | _____ | _____ | _/_/_ | Yes | Yes | | $768.00 |
| | | | | LABOR | | | | $768.00 | | D | |

Only to evaluate and advise

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



EXHIBIT
A

## Customer Approval Document

**Beechcraft** | **Cessna** | **Hawker**
TEXTRON AVIATION

| | |
|---|---|
| Document | : 20142002 |
| Date | : 03/10/2020 |
| Valid to | : 04/09/2020 |
| Customer | : 200020678 |
| CSR | : Robert Johnson |

| | |
|---|---|
| Revision No | : 127852 |
| Aircraft | : 525A-0314(0314)N747JJ |
| Customer PO | : |
| Terms | : Pay in advance |
| Page | : 4 of * |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 16 | 19439314 | I/B end of right axle has light rust where paint has peeled off. | _____ | _____ | _/_/_ | Yes | Yes | | $128.00 |
| | | | | LABOR          Clean and treat. | | | | $128.00 | | D | |
| ☐ | ☐ | 17 | 19439318 | Copilot windshield outer surface fails chapter 56 specifications per Lee Aerospace report 2/20/20. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 18 | 19439502 | 1 right main gear wheel bearing has a bent cage | _____ | _____ | _/_/_ | Yes | Yes | | $259.70 |
| | | | | LABOR | | | | $0.00 | | D | |
| | | | LM503349A-20629 | Cone-Bearing | | 1.0 | EA | $259.70 | | D | |
| ☐ | ☐ | 19 | 19439506 | 1 left main gear wheel bearing has a bent cage | _____ | _____ | _/_/_ | Yes | Yes | | $259.70 |
| | | | | LABOR | | | | $0.00 | | D | |
| | | | LM503349A-20629 | Cone-Bearing | | 1.0 | EA | $259.70 | | D | |
| ☐ | ☐ | 20 | 19439733 | Gaskets for left and right ram air duct elbows (located in aft baggage overhead) are loose. Both marked. | _____ | _____ | _/_/_ | Yes | Yes | | $512.00 |
| | | | | LABOR | | | | $512.00 | | D | |
| ☐ | ☐ | 21 | 19439805 | Left wing aileron inboard interconnect cable p/n: 6361001-33 has broken strands at fairlead in wing root area. Marked. | _____ | _____ | _/_/_ | Yes | Yes | | $1,916.00 |
| | | | | LABOR | | | | $1,536.00 | | D | |
| | | | 6361001-33 | C/A AIL-INTER | | 1.0 | EA | $380.00 | | D | |
| ☐ | ☐ | 22 | 19439815 | Aluminum hyd lines in left wing flap cove have pitting corrosion. Groups of lines marked in 4 locations. | _____ | _____ | _/_/_ | Yes | Yes | | $11,760.58 |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



## Customer Approval Document

**Beechcraft | Cessna | Hawker**
**TEXTRON AVIATION**

| | | |
|---|---|---|
| Document | : 20142002 | |
| Date | : 03/10/2020 | |
| Valid to | : 04/09/2020 | |
| Customer | : 200020678 | |
| CSR | : Robert Johnson | |

| | | |
|---|---|---|
| Revision No | : 127852 | |
| Aircraft | : 525A-0314(0314)N747JJ | |
| Customer PO | : | |
| Terms | : Pay in advance | |
| Page | : 5 of * | |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | LABOR | | | | $2,560.00 | | D | |
| | | | 6317013-55 | TUBE | | 1.0 | EA | $350.93 | | D | |
| | | | 6317013-56 | TUBE | | 1.0 | EA | $350.69 | | D | |
| | | | 6317014-59 | TUBE | | 1.0 | EA | $344.38 | | D | |
| | | | 6317014-60 | TUBE | | 1.0 | EA | $345.05 | | D | |
| | | | 6317015-21 | TUBE | | 1.0 | EA | $327.10 | | D | |
| | | | 6317015-26 | TUBE | | 1.0 | EA | $257.75 | | D | |
| | | | 6317015-26 | TUBE | | 1.0 | EA | $257.75 | | D | |
| | | | 6317015-39 | TUBE | | 1.0 | EA | $431.45 | | D | |
| | | | 6317015-39 | TUBE | | 1.0 | EA | $431.45 | | D | |
| | | | 6317015-73 | TUBE | | 1.0 | EA | $313.51 | | D | |
| | | | 6327016-21 | LINE ASSY | | 1.0 | EA | $506.89 | | D | |
| | | | 6327016-22 | LINE ASSY | | 1.0 | EA | $452.58 | | D | |
| | | | 6327016-23 | LINE ASSY | | 1.0 | EA | $411.93 | | D | |
| | | | 6327016-24 | line assy | | 1.0 | EA | $411.93 | | D | |
| | | | 6327016-29 | line assy | | 1.0 | EA | $44.29 | | D | |
| | | | 6327016-30 | LINE ASSY | | 1.0 | EA | $389.63 | | D | |
| | | | 6327016-31 | line assy | | 1.0 | EA | $386.50 | | D | |
| | | | 6327016-32 | TUBE ASSEMBLY | | 1.0 | EA | $386.07 | | D | |
| | | | 6327016-33 | line assy | | 1.0 | EA | $467.91 | | D | |
| | | | 6327016-34 | TUBE ASSEMBLY | | 1.0 | EA | $467.91 | | D | |
| | | | 6327017-17 | LINE ASSY | | 1.0 | EA | $479.72 | | D | |
| | | | 6327017-19 | LINE ASSY | | 1.0 | EA | $330.55 | | D | |
| | | | 6327017-33 | LINE ASSY | | 1.0 | EA | $372.39 | | D | |
| | | | 6327017-9 | LINE ASSY | | 1.0 | EA | $361.69 | | D | |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



EXHIBIT
A

**Customer Approval Document**

**Beechcraft | Cessna | Hawker**
TEXTRON AVIATION

| | | |
|---|---|---|
| **Document** : 20142002 | **Revision No** | : 127852 |
| **Date** : 03/10/2020 | **Aircraft** | : 525A-0314(0314)N747JJ |
| **Valid to** : 04/09/2020 | **Customer PO** | : |
| **Customer** : 200020678 | **Terms** | : Pay in advance |
| **CSR** : Robert Johnson | **Page** | : 6 of * |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 6327500-47 TUBE | | | | 1.0 EA | $320.53 | | D | |
| ☐ | ☐ | 23 | 19439881 | Left speed brake upper push rod bond jumper broken | _____ | _____ | _/_/_ | | Yes | Yes | | $258.78 |
| | | | | LABOR | | | | | $256.00 | | D | |
| | | | | MS25083-2BB4 JUMPER | | | | 1.0 EA | $2.78 | | D | |
| ☐ | ☐ | 24 | 19439883 | Left aileron push pull rod has rust at sector rod end. | _____ | _____ | _/_/_ | | Yes | Yes | | $1,934.84 |
| | | | | LABOR      All attach hardware corroded | | | | | $256.00 | | D | |
| | | | | 6361534-7 ROD ASSY LH | | | | 1.0 EA | $1,672.00 | | D | |
| | | | | MS17825-4 NUT, HEX, SELF LOCKING, CASTELLATED | | | | 2.0 EA | $3.18 | | D | |
| | | | | NAS1149F0463P WASHER, FLAT | | | | 2.0 EA | $0.08 | | D | |
| | | | | NAS6204-14D BOLT, HEX, CLOSE TOLERANCE | | | | 1.0 EA | $2.00 | | D | |
| | | | | NAS6204-16D BOLT, HEX, CLOSE TOLERANCE | | | | 1.0 EA | $1.58 | | D | |
| ☐ | ☐ | 25 | 19439885 | Aileron trim cable chain in aileron cove area has light rust. Needs cleaned and lubricated. | _____ | _____ | _/_/_ | | Yes | Yes | | $256.00 |
| | | | | LABOR | | | | | $256.00 | | D | |
| ☐ | ☐ | 26 | 19439887 | Motive flow fuel line located aft of Center wing area has light damage from chaffing vapor cycle evaporator drain line. Marked. Needs evaluated. | _____ | _____ | _/_/_ | | Yes | Yes | | $404.25 |
| | | | | LABOR    Evaluated beyond 20 percent thickness | | | | | $0.00 | | D | |
| | | | | 6316501-92 TUBE,TC FWD MF FUEL,RH | | | | 1.0 EA | $404.25 | | D | |
| ☐ | ☐ | 27 | 19439889 | Landing gear retract hyd line located aft of Center wing area has light damage from chaffing vapor cycle evaporator drain line. | _____ | _____ | _/_/_ | | Yes | Yes | | $842.64 |
| | | | | Evaluated beyond 20 percent thickness | | | | | | | | |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*


EXHIBIT
A

**Customer Approval Document**

Beechcraft | Cessna | Hawker
TEXTRON AVIATION

| Document | : 20142002 | Revision No | : 127852 |
|---|---|---|---|
| Date | : 03/10/2020 | Aircraft | : 525A-0314(0314)N747JJ |
| Valid to | : 04/09/2020 | Customer PO | : |
| Customer | : 200020678 | Terms | : Pay in advance |
| CSR | : Robert Johnson | Page | : 7 of * |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Marked. Needs evaluated. | | | | | | | |
| | | | | LABOR | | | | $512.00 | | D | |
| | | | 6317015-37 | TUBE ASSY | | | 1.0 | $330.64 | EA | D | |
| ☐ | ☐ | 28 | 19439891 | Cannon plugs on left and right mass air flow control valves need safetied. | _____ | _____ | _/_/_ | Yes | Yes | | $128.00 |
| | | | | LABOR | | | | $128.00 | | D | |
| ☐ | ☐ | 29 | 19439893 | Vapor cycle drive motor pulley is worn and needs replaced due to belt guard worn all the way off the pulley. | _____ | _____ | _/_/_ | Yes | Yes | | $2,391.29 |
| | | | | LABOR | | | | $1,920.00 | | D | |
| | | | 1250146-13 | PULLEY | | | 1.0 | $338.29 | EA | D | |
| | | | 225L100 | DRIVE BELT | | | 1.0 | $133.00 | EA | D | |
| ☐ | ☐ | 30 | 19439900 | Right wing aileron inboard interconnect cable p/n: 6361001-34 has broken strands at fairlead in wing root area. Marked. | _____ | _____ | _/_/_ | Yes | Yes | | $1,999.19 |
| | | | | LABOR | | | | $1,536.00 | | D | |
| | | | 6361001-34 | C/A AILERON RH | | | 1.0 | $463.19 | EA | D | |
| ☐ | ☐ | 31 | 19439986 | Aluminum hyd lines in right wing flap co\n\nA) Aluminum hyd lines in left wing flap cove have pitting corrosion. Groups of lines marked in 4 locations. | _____ | _____ | _/_/_ | Yes | Yes | | $2,560.00 |
| | | | | LABOR | | | | $2,560.00 | | D | |
| ☐ | ☐ | 32 | 19439988 | Right speed brake upper push rod bond jumper broken | _____ | _____ | _/_/_ | Yes | Yes | | $258.78 |
| | | | | LABOR | | | | $256.00 | | D | |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



### Customer Approval Document

**Beechcraft | Cessna | Hawker**
TEXTRON AVIATION

| | |
|---|---|
| Document | : 20142002 |
| Date | : 03/10/2020 |
| Valid to | : 04/09/2020 |
| Customer | : 200020678 |
| CSR | : Robert Johnson |

| | |
|---|---|
| Revision No | : 127852 |
| Aircraft | : 525A-0314(0314)N747JJ |
| Customer PO | : |
| Terms | : Pay in advance |
| Page | : 8 of * |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MS25083-2BB4     JUMPER | | 1.0 | EA | $2.78 | | D | |
| ☐ | ☐ | 33 | 19439990 | Right speed brake lower push rod bond jumper broken. | _____ | _____ | _/_/_ | Yes | Yes | | $258.60 |
| | | | | LABOR | | | | | $256.00 | D | |
| | | | | MS25083-2BB6     JUMPER | | 1.0 | EA | $2.60 | | D | |
| ☐ | ☐ | 34 | 19439994 | Nose baggage panel support structure p/n: 6313282-19 above IAPS card cage is cracked at aft I/B radius. Marked. | _____ | _____ | _/_/_ | Yes | Yes | | $1,211.00 |
| | | | | LABOR | | | | | $1,024.00 | D | |
| | | | | 6313282-19     SUPPORT | | 1.0 | EA | $187.00 | | D | |
| ☐ | ☐ | 35 | 19440234 | Light corrosion found on the top and bottom surfaces of the floorboard that rests beneath the toilet. Marked | _____ | _____ | _/_/_ | Yes | Yes | | $768.00 |
| | | | | LABOR | | | | | $768.00 | D | |
| ☐ | ☐ | 36 | 19441219 | Need to clean under cockpit center floor boards of debris and brown fluid. | _____ | _____ | _/_/_ | Yes | Yes | | $1,280.00 |
| | | | | LABOR | | | | | $1,280.00 | D | |
| ☐ | ☐ | 37 | 19441654 | Nose steering cable tension is low and out of spec | _____ | _____ | _/_/_ | Yes | Yes | | $512.00 |
| | | | | LABOR | | | | | $512.00 | D | |
| ☐ | ☐ | 38 | 19441656 | Aileron FWD sync cable tension (in cockpit) is low and out of spec. | _____ | _____ | _/_/_ | Yes | Yes | | $512.00 |
| | | | | LABOR | | | | | $512.00 | D | |
| ☐ | ☐ | 39 | 19441660 | Aileron trim cable tension is high and out of spec | _____ | _____ | _/_/_ | Yes | Yes | | $512.00 |
| | | | | LABOR | | | | | $512.00 | D | |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*


EXHIBIT
A

### Customer Approval Document

| | | |
|---|---|---|
| **Beechcraft** \| Cessna \| **Hawker**<br>**TEXTRON AVIATION** | Document : 20142002<br>Date : 03/10/2020<br>Valid to : 04/09/2020<br>Customer : 200020678<br>CSR : Robert Johnson | Revision No : 127852<br>Aircraft : 525A-0314(0314)N747JJ<br>Customer PO :<br>Terms : Pay in advance<br>Page : 9 of * |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 40 | 19441742 | Rudder cable tensions are low and out of spec in cabin and fwd empennage area | _____ | _____ | _/_/_ | Yes | Yes | | $512.00 |
| | | | | LABOR | | | | $512.00 | | D | |
| ☐ | ☐ | 41 | 19441750 | Rudder trim chain bottoms out in the pedistal at full nose left. | _____ | _____ | _/_/_ | Yes | Yes | | $512.00 |
| | | | | LABOR | | | | $512.00 | | D | |
| ☐ | ☐ | 42 | 19441897 | Left wing fuel bays 1,21,25,26 need cleaned of debris and water | _____ | _____ | _/_/_ | Yes | Yes | | $384.00 |
| | | | | LABOR | | | | $384.00 | | D | |
| ☐ | ☐ | 43 | 19441899 | Right wing fuel bays 1<(>,<)>2<(>,<)>21< _____<br><br>A) Right wing fuel bays 1,2,21,24,25,26 need cleaned of debris and water | | _____ | _/_/_ | Yes | Yes | | $640.00 |
| | | | | LABOR | | | | $640.00 | | D | |
| ☐ | ☐ | 44 | 19442061 | In between right fuel bays 19 and 20 fwd of mid spar is a rivet missing in lower rib cap. Marked. | _____ | _____ | _/_/_ | Yes | Yes | | $256.00 |
| | | | | LABOR | | | | $256.00 | | D | |
| ☐ | ☐ | 45 | 19442929 | All 4 rudder actuator bearings need replaced found internal damage upon inspection | _____ | _____ | _/_/_ | Yes | Yes | | $2,633.96 |
| | | | | LABOR | | | | $0.00 | | D | |
| | | | 6361620-14 | BEARING | | | 4.0 EA | $2,633.96 | | D | |
| ☐ | ☐ | 46 | 19443314 | CW AD2005-01-19, Garmin Transponders | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 47 | 19443316 | CW AD2015-10-51 E, Avidyne | | | _/_/ | Yes | Yes | | $0.00 |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*



EXHIBIT

A

### Customer Approval Document

**Beechcraft** | **Cessna** | **Hawker**
TEXTRON AVIATION

| | | |
|---|---|---|
| **Document** : 20142002 | **Revision No** : 127852 | |
| **Date** : 03/10/2020 | **Aircraft** : 525A-0314(0314)N747JJ | |
| **Valid to** : 04/09/2020 | **Customer PO** : | |
| **Customer** : 200020678 | **Terms** : Pay in advance | |
| **CSR** : Robert Johnson | **Page** : 10 of 11 | |

| B | S | Line | Work Order | Discrepancy Text | Approve | Disapprove | Date | A/W | TM | PC | Work Order Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Corporation IFD | | | | | | | |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 48 | 19443318 | CW AD2015-10-51, Avidyne Corporation IFD | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 49 | 19443320 | CW AD2018-21-14, Zodiac Oxygen Mask Regulator | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 50 | 19443403 | CW AD2019-08-13, Tamarack Atlas Winglets per STC | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 51 | 19443621 | There are MTRs in logbooks that are not signed. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 52 | 19444277 | Fwd cabin door step cable lower attach bolt is broken. | _____ | _____ | _/_/_ | Yes | Yes | | $129.03 |
| | | | | LABOR | | | | $128.00 | | D | |
| | | | MS27039-4-17 | SCREW, MACHINE, PAN HEAD | 1.0 | EA | | $1.00 | | D | |
| | | | MS35333-40 | WASHER, LOCK | 1.0 | EA | | $0.03 | | D | |
| ☐ | ☐ | 53 | 19446080 | Do not have updated Equipment List for STC SA02279AT LoPresti Boom Beam installed on 1/11/19. | _____ | _____ | _/_/_ | Yes | Yes | | $0.00 |
| | | | | LABOR | | | | $0.00 | | D | |
| ☐ | ☐ | 54 | 19464360 | Accomplish Doc 9 Inspection | _____ | _____ | _/_/_ | Yes | No | | $6,303.75 |
| | | | | 525A_INSPECTION | | | | $6,303.75 | | D | |

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*


EXHIBIT
A

## Customer Approval Document

 

**Beechcraft | Cessna | Hawker**
TEXTRON AVIATION

| | | | |
|---|---|---|---|
| **Document** : 20142002 | | **Revision No** | : 127852 |
| **Date** : 03/10/2020 | | **Aircraft** | : 525A-0314(0314)N747JJ |
| **Valid to** : 04/09/2020 | | **Customer PO** | : |
| **Customer** : 200020678 | | **Terms** | : Pay in advance |
| **CSR** : Robert Johnson | | **Page** | : 11 of 11 |

| | |
|---|---|
| **Sub Total** | $76,131.66 |
| **Shop Supplies** | $1,063.96 |
| **Grand Total** | $77,195.62 |

**Terms and Conditions**
1) This document provides estimated pricing and does not include pricing for:
   a.   additional labor or parts for discrepancies that may be identified later;
   b.   tax, fuel, defuel, shop supplies, parts modification fees, or other supplemental charges;
   c.   charges incurred due to hidden or unforeseen damage; or
   d.   changes in parts prices due to vendor availability and price changes.
2) Pricing is based on factory configured installations, and additional cost and down time may be incurred for modified aircraft.
3) All work is performed under the standard Service Terms and Conditions.
4) Valid only at Textron Aviation Inc. owned Service Centers.

*B=Buyer, S=Seller, A/W=Airworthy, TM=Time and Material, PC=Price Code*


EXHIBIT A

  


April 8, 2020

Ref: DQ25356M1 SFPR

Brad Guyton
Bag Aviation

**Subject: 525A-0314 (N747JJ) RH Windshield Fastener Hole Cracks**

**TT: 1857.9**          **TL: 1317**

Textron Aviation was made aware that the subject aircraft has cracks at the co-pilot windshield fastener holes at location 1, 3, 5, 49, 50, 51, 52, 59, 61, 62, 63. Additionally the RH windshield outer surface fails 525A MM chapter 56 specifications. All reported details and pictures related to this issue are on file with Textron Aviation under DQ # 25356.

<u>**General View of Damage**</u>



The owner has elected to relocate the aircraft from Wichita, KS (KICT) to Sarasota, FL (KSRQ) to conduct permanent repairs. Textron Aviation Team Structures Engineering has reviewed the conditions and determined the requested ferry flight is acceptable, provided the following flight limitations are complied with:

**Limitations:**
- Flight shall be conducted Unpressurized in Day VMC
- Aircraft is not to be operated in IMC conditions
  - Cloud penetration limited to take off and landing is permissible
- Altitude is limited to 12,000 ft MSL unless supplemental oxygen is utilized by crew.
- Permissible to make necessary fuel stops
- No flight into known or forecasted ice
- Only the minimum crew required shall be onboard.
- Pilot is briefed on the above limitations.

The data contained within this letter and the undersigned are authorized by Textron Aviation Incorporated, which is the type certificate holder of this aircraft. Therefore, this document is considered acceptable data per 14 CFR Part 43. Final approval for this Ferry Flight must be gained through your local airworthiness authority.

If I can be any further structural assistance, please feel free to contact me at 316-517-6061.

Regards,

Jeremy Wheeler
Customer Service Engineer - Structures
Textron Aviation
jwheeler@txtav.com

